IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| **JUAN CASTRO** | : | NO. 2002-290-2 |
| | | & |
| | | 2003-115-2 |

### O R D E R

**AND NOW**, this **31st** day of **January, 2008**, it is **Ordered** that the government shall show cause why the items listed in the attached January 10, 2008 letter from the defendant have not been returned.

ATTEST:                           or          BY THE COURT

                                                          /s/ [signature]
BY:_____                    _____
    ,Deputy Clerk                                Judge

**XC: SPEEDY TRIAL**

Copies ECMF on _____ to:           Copies mailed on 02-01-2008 to:
                                         Juan Castro, Def't
                                         Guy Sciolla, Esq.

CR 202-290-2
T
CR 209-15-2

RECEIVED JAN 14 2008

1-10-08

To: "Honorable"
Judge; Anita B. Brody

Hi; before, we get into my explanation about the reason, why I'm writing this letter to you. let me, thank you for your Help. When you sentence me. god; bless you and your family.

A= the reason. - the day that I got arrest, from the DEA. they took away all my belongings. that I, have on me. - which it was.

① bracelet
② wallet
③ 300.00 Dollar
④ Two, ring. Wedding Ring 18.Kg
⑤ Cellular, Beeper
⑥ Book address.

B= the fed. told me that they will return. everything back. When the case is open. they never did it. and I, would like to know where or who Have it. or who they give to. or where they send it. because until today nobody Has say anything about it. please I need your Help. please, please;
att: JUAN. M. CASTRO # 56504-066

NEXT- other side

I, was sentence on 03-02-2005
Case # 2:02CR00290-002