IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 02-290-2 |
| | : | & |
| | : | No. 03-115-2 |
| JUAN CASTRO | : | |

**ORDER**

AND NOW, this 17th day of June, 2008, it is **ORDERED** that Defendant's request to have the items returned to him that are listed in the attached letter of January 10, 2008 is **GRANTED.**[1]

ANITA B. BRODY, J.

xc: Speedy Trial

Copies **VIA ECF** on _____ to:    Copies **MAILED** on 06-17-2008 to:
Juan Castro, Deft.
Guy Sciolla, Esq.

O:\ABB 2008\A-K\Cole v. Astrue Extension of Time Order.wpd

---

[1] On January 31, 2008, I issued an order for the government to show cause why the items listed in the attached January 10, 2008 letter from the defendant have not been returned. The government failed to respond to this Order to Show Cause. On May 9, 2008, my criminal deputy faxed my Order to Show Cause to AUSA Pamela Foa and spoke with her directly regarding the order. I grant Defendant's request because the government has not responded to my Order to Show Cause or to Defendant's letter.

1

RECEIVED JAN 14 2008

1-10-08

To: "Honorable"
Judge; Anyta B. Brody

Hi; before, we get into my explanation about the reason, why I'm writing this letter to you. let me, thank you for your Help. when you sentence me. god; bless you and your family.

A= the reason.— the day that I, got arrest. from the DEA. they took away all my belongings. that I, have on me.— which it was.
① bracelet
② wallet
③ 300.00 dollar
④ two ring. wedding Ring 18.Kg
⑤ cellular, Beeper
⑥ Book address.

B= the fed. told me that they will return. everything back. When the case is open. they never did it. and I, would like to know where or who Have it. or who they give to. or where they send it. because until today nobody. Has say anything about it. please I need your Help. please, please;
att: JUAN. M. CASTRO # 56504-066
NEXT— other side

I, was sentence on 03-02-2005
Case # 2:02CR00290-002