# UNITED STATES DISTRICT COURT
## Eastern District of Pennsylvania

UNITED STATES OF AMERICA

V.

JUAN CASTRO aka "Moreno"

**WARRANT FOR ARREST**
Case Number **CR** 02-290-02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Juan Castro

and bring him or her forthwith to the nearest magistrate to answer a(n) Indictment charging him or her with

Conspiracy to distribute controlled substances; Distribution of controlled substance; aiding & abetting

in violation of Title  United States Code, Section(s)  21:846; 21:841(a)(1); 18:2

**MICHAEL E. KUNZ**
Name and Title of Issuing Officer

_____  5/15/02, **PHILA, PA.**
Signature of Issuing Officer   Date and Location

Bail fixed at $ recommended by HON. LINDA K. CARACAPPA
Name of Judicial Officer

# RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____

Date Received  5-15-02   Date of Arrest  7-9-02

Name and Title of Arresting Officer  DEA

Signature of Arresting Officer _____

[handwritten left margin: FDH# 66 0096]